IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport New Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Violation No.: 6367127 |
| v.  ) | Case No.: 4:17po631 |
| ) | |
| AARON WRAY ) | |

ORDER

Upon motion of the United States of America, by its attorney, Dee M. Sterling, Assistant United States Attorney for the Eastern District of Virginia, and for good cause shown,

IT IS ORDERED that the violation notice in the above styled case be and is hereby dismissed with prejudice

_____
UNITED STATES MAGISTRATE JUDGE

February_____, 2018
Norfolk, Virginia